DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN KING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2563

[December 19, 2019]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 14-619CF10A.

Stephen King, Cross City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., TAYLOR and CIKLIN, JJ., CONCUR.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***